# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **JACKSON SUPPLY COMPANY,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION 19-0150-WS-C |
| | ) |
| **7 GENERAL CONTRACTING, INC.,** | ) |
| etc., et al., | ) |
| | ) |
| **Defendants.** | ) |

## FINAL JUDGMENT

In accordance with the orders of Court dated December 23, 2019 and January 14, 2020, the plaintiff shall have and recover of the defendants the sum of $256,438.35. Pursuant to 28 U.S.C. § 1961, interest will accrue from the date of judgment at a rate of 1.54 percent per annum. Judgment is hereby entered in favor of plaintiff Jackson Supply Company and against defendants 7 General Contracting, Inc. f/k/a Development Consulting, Inc., Toni S. Mason f/k/a Toni K. Scott, Tally S. White, and Heath Mason.

DONE this 14th day of January, 2020.

                                                              s/ WILLIAM H. STEELE
                                                              UNITED STATES DISTRICT JUDGE